# Amended Complaint

## Schuylkill County Prison

Lt Klinger failed to recognize the warning signs of an assult even though I made him aware 2 weeks prior leading to a severe injury in prison care 10/24 to 11/7. Civil rights violation

11/16 Co Borrell stating he would like to kill an inmate or have some one kill him, making me in fear of my life, because Borrell dosn't like myself he also stated threats and premeditation Civil rights violation

Co Fritz assulted me on 11/9 also threatening me on 11/8   Civil rights violation

on 11/12 Co Rose threatened me because of a disagreement with mental health Civil Rights violation

on 11/20 Co Holiday told me I have no rights to defend myself in prison. And also stated the staff has the right to kill inmates with accountability in or out of prison  Civil Rights violation
Which made me feel very unsafe

The prison staff are responsible for escorting the nurses in the prison at all times and to notice any hippa or privacy violations such as SSN being thrown out hippa privacy violations

Lt's, Warden and Deputy Warden are responsible for myself and inmates 3 to a cell sleeping on the floors and in the cells during all 3 meals and for Quarintineing Possible Covid cases on the main block and Not medical holding cells making me fear for my health and is cruel and unusual. Civil Rights Viloation

RHU is Locked in for 24 hrs on the weekend and was told to me by Dep Warden Buchannan its Policy Due to Staff Shortage
Civil Rights Violation

I am asking the Court for monitary relief the maximum permitted by Law and to retrain Staff and New Staff Policys
Randall Youngstrom 12/24/22

Amended Complaint

Prime Care Medical

Prime Care medical Staff threw out 22 names 23 total myself included 10/19 till 11/3 medical and Prison Staff are responsible for this viloation this viloation includes SSN, DOB, JMSID#, Book#, Booking# and exact time and dates of commitment to the Prison this viloates privacy and hippa laws

Denying me medical treatment from 11/7 to 11/13 nurse Katrina also stated to Lt Escelante it was Broken and 4 otc Tylonol then to 5 otc Tylonol on 11/13 then taking xrays 5 days after injury then 12/14 Before seeing Ears Nose and Throat doctor Akbar and concluding I need reconstructive Surgery Their is also Photos of the assult Pain and Suffering
    Medical Malpractice and Neglect

Prime Care Mental health
Refused to see me for 46 days for mental health when I asked about being seen they refused and told me it takes 6 months to be seen by a mental health professional on the street and refused to see me 3 times
    medical neglect

I am asking the Court for Maximum ~~[struck]~~ monitary relief becauz of the Violations and monitary relief on any damages caused by the medical Staff throwing my SSN away as Maximum monitary relief allowed by law

Randall Yustkonis 12/24/22

To the Court

I hope this satisfys the Court for Amended Complaint, this is what affected me severly and their is alot of other inmates who have gone threw the same and some worse the Prison needs new policy/s retrained Staff, cleaner prison and a require 2000 calories a day, and mental health treated more professionally instead of agression if anything else is need for the Amended complaints please dont dismiss my case inform me if any thing is needed for my case I will pay the full filing fee asap I shouldn't be in prison much longer Can I have another 1983 class action for Pyramid the sober living they had me working whitout pay and my outside adress is 208 Howard St Pottsville PA 17901   Thank you Sincerly
Randall Yurkovic 12/24/22

The Prison has medical Photos grievances writeups, Medical request Slips and statements from myself about these matters also medical records and records from ENT Pottsville and reports from the Specialist about my surgery on 12/14

Can the Clerk of Courts Please send me a confermation letter about getting the copy of SSN copies of Grievance forms and Statements I have made for the Court the Prison Staff does Screen and remove mail for their own reason and do I need other inmate Signatures for classections they may want to file

How do I include other inmates with the same issues in this Class action or Start another one

230 Sanderson St
Pottsville PA 17901



HARRISBURG PA 171
28 DEC 2022 PM 7 L

235 N. Washington Ave
P.O. Box 1148 Scranton
PA 18501

18501-114848

RECEIVED
SCRANTON
DEC 30 2022
PER _____
DEPUTY CLERK