IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RANDALL M. YURKONIS,** | : CIVIL ACTION NO. 1:22-CV-1977 |
| Plaintiff | : |
| | : (Judge Conner) |
| v. | : |
| **PRIME CARE MEDICAL,** *et al.*, | : |
| Defendants | : |

## ORDER

AND NOW, this 11th day of January, 2023, upon review of plaintiff's amended complaint pursuant to 28 U.S.C. § 1915(e)(2) and 28 U.S.C. § 1915A, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The amended complaint (Doc. 12) is DISMISSED without further leave to amend.

2. The Clerk of Court is DIRECTED to close this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania